JERI L. BILLINGTON *v.* RANDALL J. BILLINGTON

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 466, is denied.

*Randall J. Billington,* pro se, in support of the petition.

*Gerald L. Garlick,* in opposition.

Decided October 22, 1992

JOHN MCIVER *v.* WARDEN, STATE PRISON

The petitioner John McIver's petition for certification for appeal from the Appellate Court, 28 Conn. App. 195, is denied.

*Louis S. Avitabile,* in support of the petition.

*Jacqueline J. Footman,* assistant state's attorney, in opposition.

Decided October 22, 1992

STATE OF CONNECTICUT *v.* RONALD RUMORE

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 402, is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Christopher M. Cosgrove,* assistant public defender, in support of the petition.

*Marjorie Allen Dauster,* deputy assistant state's attorney, in opposition.

Decided October 22, 1992